UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WAYNE LAFOUNTAIN,
    Plaintiff,

No. 1:08-cv-263

-v-

HONORABLE PAUL L. MALONEY

RANDALL MIKKELSON, ET AL.,
    Defendants.

## JUDGMENT

Having granted summary judgment in favor of all three Defendants, pursuant to Rule 58 of the Federal Rules of Civil Procedure, JUDGMENT is entered in favor of Defendants and against Plaintiff.

IT IS SO ORDERED.

THIS ACTION IS TERMINATED.

Date:  March 3, 2010                       /s/ Paul L. Maloney
                                                                            Paul L. Maloney
                                                                            Chief United States District Judge